

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Miami District Office
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/20/2023

**To:** Ms. Muzette F. Robinson
14090 Sterely Court South
JACKSONVILLE, FL 32256
Charge No: 510-2022-01425

EEOC Representative and email:   JEANETTE WOOTEN
Investigator
jeanette.wooten@eooc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 510-2022-01425.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
02/20/2023

Evangeline Hawthorne
Director

Cc:
Matthew E Charron
CSX TRANSPORTATION, INC.
500 WATER ST # J-405
Jacksonville, FL 32202


Please retain this notice for your records.