Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Jacksonville Division

Muzette F. Robinson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CSX Transportation, Inc.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:23-CV-616-BJB-PDB
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes  [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.   The Parties to This Complaint**

    **A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Muzette F. Robinson
Street Address: 14090 Sterely Court South
City and County: Jacksonville, Duval
State and Zip Code: Florida, 32256
Telephone Number: (904) 254-9449
E-mail Address: Muzette.l.robinson@outlook.com

    **B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
  Name: CSX Transportation, Inc.
  Job or Title (if known):
  Street Address: 550 Water Street
  City and County: Jacksonville, Duval
  State and Zip Code: Florida, 32202
  Telephone Number: (904) 332-3523
  E-mail Address (if known): unknown

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Name **CSX Transportation, Inc.**
Street Address **550 Water Street**
City and County **Jacksonville, Duval**
State and Zip Code **Florida, 32202**
Telephone Number **(904) 332-3523**

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☒ Other acts (specify): Discrimination based on Race

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) Continuous acts from Dec. 2020 - July 2022

C. I believe that defendant(s) (check one):
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- ☒ race  _____
- ☐ color  _____
- ☐ gender/sex  _____
- ☐ religion  _____
- ☐ national origin  _____
- ☐ age (year of birth) _____ (only when asserting a claim of age discrimination.)
- ☐ disability or perceived disability (specify disability)

E. The facts of my case are as follows. Attach additional pages if needed.

See attachment.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

III Statement of Claim:
E- attachment

1       The unlawful practices of this complaint were committed in year(s): 2020, 2021 and 2022.

2       Plaintiff is an employee engaged in an industry that employs more than 500 employees.

3       Plaintiff was employed by the Defendant in July 2000 through July 2022.

4       Plaintiff was working in transportation services as a clerk at the time of discharge.

5       Plaintiff was out of service pending investigation on four (4) occasions. The harassment and intentional, malicious conduct of the Defendant toward the Plaintiff began in 2020.

6       Prior to termination, Plaintiff complained to the Employee Relations Department, Human Resources, and Labor Relations Department of CSX Transportation, Incorporated about unfair treatment and discrimination.

7       In every aspect of the employee settings, the Plaintiff was treated differently regarding discipline, charges, and termination.

8       Plaintiff alleges that white employees have violated Defendant's policies on several occasions which were terminating offenses and were not disciplined or terminated.

9       Defendant followed a practice of discriminating against the Plaintiff on bases of race.

10      Plaintiff alleges Defendant knowingly, intentionally, purposely, and maliciously discriminated against her violating Title VII Civil Rights Act of 1964.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

August 23, 2022

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 2/20/23.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking punitive damages in the amount of $250,000. Compensatory damages in the amount of $150,000. Front pay and Back pay in the amount of $180,000 to include sick pay and vacation pay because unemployment is still ongoing.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/11/23

Signature of Plaintiff: *Muzette F. Robinson*
Printed Name of Plaintiff: Muzette F. Robinson

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____